**Appeal Dismissed and Memorandum Opinion filed October 15, 2024.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-24-00096-CV

_____

## JOSH LIAM THIAGO EXPRESS, LLC, Appellant

## V.

## ESTIFANOS WOLDEHAWARIAT, Appellee

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-59182**

### MEMORANDUM OPINION

This is an appeal from a judgment signed November 9, 2023. On April 9, 2024, the clerk for the 269th District Court of Harris County Texas, provided notice that the trial court granted appellant's motion for new trial. The district clerk attached a copy of the trial court's order granting appellant's motion for new trial signed February 8, 2024 and amended on February 22, 2024.

When a motion for new trial is granted, the case is reinstated on the trial

court's docket as if no judgment had been signed. *Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 563 (Tex. 2005) ("[T]he trial court wiped the slate clean when it granted [the appellant's] motion for new trial; it is as though the court's first order granting summary judgment never existed . . . ."). Therefore, the issues presented in this appeal are moot, and we lack appellate jurisdiction.

On August 12, 2024, the clerk of this court notified the parties that the appeal would be dismissed for want of jurisdiction unless any party filed a response within 10 days showing meritorious grounds for continuing the appeal. No response was filed. Therefore, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

PER CURIAM

Panel consists of Justice Spain, Poissant, and Wilson.